United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SVEND LA ROSE,

Plaintiff,

v.

FREMONT UNIFIED SCHOOL DISTRICT, et al.,

Defendants.

Case No. 26-cv-08046-SK

**ORDER TO SHOW CAUSE**

On August 13, 2026, the Court granted Plaintiff's application to proceed *in forma pauperis*. (Dkt. No. 4.) Plaintiff was directed to submit a form listing the current addresses for each defendant so that proper service could be made. (Dkt. No. 6.) To date, no defendant has been served. Plaintiff was also directed to submit a case management statement by October 26, 2026. (*Id.*) Plaintiff did not file a case management statement even after being reminded of the deadline on October 28, 2026. (Dkt. No. 16.) Moreover, Plaintiff failed to appear for the case management conference on November 2, 2026. Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause by no later than **November 23, 2026**. Plaintiff is admonished that, if Plaintiff fails to file a response to this Order to Show Cause by **November 23, 2026**, the Court will dismiss this matter for failure to prosecute without further notice.

**IT IS SO ORDERED**.

Dated: November 2, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge